In the Matter of ROSE FERRIGAN, Deceased.

JENNIE TINNEY, Appellant; JOHN FLYNN, as Administrator of ROSE FERRIGAN, Deceased, Respondent.

*Matter of Ferrigan,* 42 App. Div. 1, affirmed.
(Argued October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1899, affirming a decree of the Surrogate's Court of the county of New York removing the appellant as administratrix of Rose Ferrigan, deceased.

*Bernard J. Tinney* for appellant.

*Carlisle Norwood* for respondent.

Order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not voting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. KANE, Appellant, *v.* THEODORE ROOSEVELT et al., Commissioners, Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Kane* v. *Roosevelt,* 34 App. Div. 630, appeal dismissed.
(Submitted October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1898, affirming the proceedings of the respondents in dismissing relator from the police force of the city of New York. The relator was found guilty of the charges against him upon a controverted state of facts.

*Louis J. Grant* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Appeal dismissed, with costs, for want of jurisdiction; no opinion.
All concur.